IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 97-116M  (MPT) |
| | ) | |
| JAMES A. MASON, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION AND ORDER TO DISMISS</u>

NOW COMES the United States of America, by and through its attorneys, Gregory M. Sleet, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court, in the exercise of prosecutorial discretion, to dismiss the Criminal Complaint and Warrant for Arrest issued for the above-named defendant on or about October 1, 1997.

COLM F. CONNOLLY
United States Attorney


By:   /s/ Edmond Falgowski
Edmond Falgowski
Assistant United States Attorney

Dated:  July 28, 2005


**SO ORDERED** this _____ day of _____, 2005.


_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge