IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
                     Plaintiff,     )
                                    )        Case No. 97-116M  (MPT)
          v.                        )
                                    )
JAMES A. MASON,                     )
                                    )
                     Defendant.     )

**RECEIVED JUL 29 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Gregory M. Sleet,

United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States

Attorney for the District of Delaware, and hereby moves this Honorable Court, in the exercise of

prosecutorial discretion, to dismiss the Criminal Complaint and Warrant for Arrest issued for the

above-named defendant on or about October 1, 1997.

                              COLM F. CONNOLLY
                              United States Attorney


                        By:   /s/ Edmond Falgowski
                              Edmond Falgowski
                              Assistant United States Attorney

Dated:  July 28, 2005



**SO ORDERED** this 29 day of July , 2005.


                              HONORABLE MARY PAT THYNGE
                              United States Magistrate Judge